UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Stephany Zapata | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO  4:21-cv-00047-SDJ |
| | § | |
| A.R.E. Operations, LLC d/b/a Sylvan Learning Center | § | |
| | § | |
| Defendant | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stephany Zapata and Defendant A.R.E. Operations, LLC d/b/a Sylvan Learning Center hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear the party's own attorneys' fees and costs.

Date:  August 19, 2021

Respectfully submitted,

| | |
|---|---|
| BROCK & GOETZMANN | PHELPS DUNBAR LLP |
| By: /s/ Tamara Brock Segal | By: /s/ Claudine G. Jackson (with permission) |
| Tamara Brock Segal | Claudine G. Jackson, Lead Attorney |
| Texas State Bar No.  24010782 | Texas State Bar No.: 00793800 |
| tamara@brockgoetzmann.com | Andrea W. Paris |
| **BROCK & GOETZMANN, PLLC** | Texas State Bar No.: 24085652 |
| 12655 N. Central Expressway, Suite 315 | |
| Dallas, Texas 75248 | 201 Main Street, Suite 1350 |
| Tel: (214) 739-1843 | Fort Worth, Texas 76102 |
| Fax: (214) 739-1496 | Telephone: 817 386 1166 |
| ATTORNEYS FOR PLAINTIFF | Facsimile: 817 386 1170 |
| | Email: claudine.jackson@phelps.com |
| | Email: andrea.paris@phelps.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

      On this 18th day of August 2021, I electronically filed the foregoing document as follows with the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I therefore certify that I have served all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure 5(b)(2).

                                                 */s/ Tamara Brock Segal*
                                                 Tamara Brock Segal