# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| Stephany Zapata | § | |
| Plaintiff | § § § | |
| vs. | § § § | CIVIL ACTION NO 4:21-cv-00047-SDJ |
| A.R.E. Operations, LLC d/b/a Sylvan Learning Center | § § § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties, this action is hereby dismissed with prejudice, with each party bearing her/its own costs and attorneys' fees.

**IT IS SO ORDERED.**